FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. a California Corporation<br>          Plaintiff,<br>     vs.<br>JOHNNY ESTRADA individually and dba LOS GALLOS RESTURANT<br>          Defendant | 00-CV-9798 RMT(RZx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on September 16, 2002, against defendant, **JOHNNY ESTRADA, individually and dba LOS GALLOS RESTAURANT**, is hereby renewed on the amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

|   |   |   |
|---|---|---|
| a. | Total judgment | $6,800.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 6,800.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 6,800.00 |
| g. | Interest after judgment | 1,679.96 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$8,479.96** |

DATED: August 14, 2012        Clerk by Phyllis Lopez, Deputy Clerk